*Friday, April 22, 1994*

## MOTION DOCKET

**86–512.** State v. Byrd. *Hamilton County*, No. C–830676. On motion for leave to file *amicus* of Attorney General Lee Fisher. Motion granted.

**94–396.** Goldstein v. Christiansen. *Lucas County*, No. L–93–332. *Sua sponte*, an alternative writ is granted.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**94–226.** Prudential Property & Cas. Ins. Co. v. LaMarr. *Lorain County*, No. 93CA005571. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lorain County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 20, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–255.** Molnar v. Young Men's Christian Assn. *Cuyahoga County*, No. 64105. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on February 7, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective April 20, 1994.

**94–408.** Stafford v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, Nos. 63663 and 65530. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 20, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, April 25, 1994*

## REHEARING DOCKET

**92–1199.** MCI Telecommunications Corp. v. Limbach. On March 25, 1994, Ohio Council 8, American Federation of State, County and Municipal Employees, AFL–CIO, filed a motion to rehear the above-captioned case.

The court, having denied a motion for rehearing, see 68 Ohio St.3d 1474, 628 N.E.2d 1392, that was timely filed by a party to the case, orders *sua sponte* that the above motion, which was untimely filed by a nonparty, is not properly before the court and is hereby stricken, effective April 22, 1994.

DOUGLAS and F.E. SWEENEY, JJ., dissent.